IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Petitioner,                                   ORDER
                                                07-cv-658-jcs
  v.                                              07-cv-659-jcs

GREGORY STRANDLIE,

        Respondent.
_____

A copy of the petition and order to show cause having been served on respondent on December 17, 2007, and the respondent having failed to file a written response to the petition within the time period allowed by the order to show cause,

ORDER

IT IS ORDERED that the respondent appear before Revenue officer Diane Mehta or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of Gregory Strandlie, for the following years: 2005 and 2006, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

> All books, papers, records or other data specified in the Internal Revenue Service summonses served upon respondent on June 15, 2007.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Diane Mehta, Internal Revenue

Service, N14 W24200 Tower Place, Suite 202, Waukesha, Wisconsin 53188-1119, telephone number 262-513-3427, at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at his or her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his or her designee.

    Entered this 8th day of January, 2008.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      JOHN C. SHABAZ
                                      District Judge